FEBRUARY 6, 1950.*

*Per Curiam Decisions.*

No. 497. BURTON, DOING BUSINESS AS A. B. BURTON CO., *v.* UNITED STATES ET AL.

*Per Curiam:* The motion to affirm is granted and the judgment is affirmed. *W. G. Burnette* for appellant. *Daniel W. Knowlton* for the Interstate Commerce Commission, appellee.

No. 502. DELAWARE, LACKAWANNA & WESTERN RAILROAD CO. *v.* DIVISION OF TAX APPEALS OF NEW JERSEY ET AL.; and

No. 503. CENTRAL RAILROAD CO. OF NEW JERSEY *v.* DIVISION OF TAX APPEALS OF NEW JERSEY ET AL. *Per Curiam:* The motions to dismiss are granted and the appeals are dismissed. *Central Greyhound Lines* v. *Mealey,* 334 U. S. 653. *James D. Carpenter* for appellants. *Theodore D. Parsons,* Attorney General of New Jersey, and *Benjamin C. Van Tine* for the Division of Tax Appeals, appellee.

*Miscellaneous Orders.*

No. 247, Misc. McGUIRE *v.* UNITED STATES. The motion for leave to file petition for writ of certiorari is denied.

No. 314, Misc. BECKER *v.* SWYGERT, U. S. DISTRICT JUDGE. The motion for leave to file petition for writ of mandamus is denied.

---

*MR. JUSTICE DOUGLAS took no part in the consideration or decision of the cases in which judgments or orders were this day announced.